People v Telesco (2025 NY Slip Op 07029)

People v Telesco

2025 NY Slip Op 07029

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
HELEN VOUTSINAS
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2022-09815
 (Ind. No. 149/21)

[*1]The People of the State of New York, respondent,
vPeter Telesco, appellant.

Thomas R. Villecco, New York, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Andrew R. Kass of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Orange County (Craig S. Brown, J.), rendered November 10, 2022, convicting the defendant of criminal possession of a weapon in the second degree, upon the plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant was not denied meaningful representation on the defendant's pro se motion to withdraw the plea of guilty. "[C]ounsel takes a position adverse to his [or her] client when stating that the defendant's motion lacks merit, or that the defendant, who is challenging the voluntariness of his [or her] guilty plea, made a knowing plea . . . that was in his [or her] best interest" (People v Washington, 25 NY3d 1091, 1095 [citation, alterations, and internal quotation marks omitted]; see People v Pointer, 218 AD3d 499, 500). Here, defense counsel did not adversely express an opinion as to the merits of the defendant's motion, and therefore, the appointment of a new attorney to represent the defendant on that motion was not required (see People v Edwards, 223 AD3d 840, 841; People v Pointer, 218 AD3d at 500).
BARROS, J.P., VOUTSINAS, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court